# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 239 | **DATE** | 3/24/2008 |
| **CASE TITLE** | USA vs. Reynaldo Diaz | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 3/24/08. Defendant waives identity hearing. Helen Kim is appointed as counsel for defendant. The Defendant is ordered removed in the custody of the U.S. Marshal to the District of District of Nebraska, forthwith. *AK*

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | AC |
|---|---|---|