



**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

May 7, 2008

Ms. Denise M. Lucks
Clerk
United States District Court
Roman L. Hruska United States
 Courthouse, Suite 1152
111 South 18th Plaza
Omaha, NE 68102



RE: U.S.A. vs. Reynaldo Diaz
Case No: 08 cr 239

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(X) Docket Sheet                           ( ) Temporary Commitment

(x) Affidavit in Removal Proceedings       ( ) Final Commitment

( ) Financial Affidavit                    (x) Order of Removal

(x) Order appointing counsel               ( ) Order setting conditions of release

( ) CJA 20 Form                            ( ) Detention Order

(x) Appearance form                        ( ) Appearance Bond

( ) Other                                  ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk