Ctt

FILED
MAY 16 2008
MAY 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 cr 239

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Denise M. Lucks, Clerk
   United States District Court
   Roman L. Hruska United States
   Courthouse, Suite 1152
   111 South 18th Plaza
   Omaha, NE 68102

   08 cr 239

2. Article Number (Transfer from service label)
   7006 0100 0001 7313 2722

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAY 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Clerk of the U.S. District Court
United States Court House
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

RECEIVED
MAY 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 cr 239